```
1  JUSTIN X. WANG (CSB #166183)
   BAUGHMAN & WANG
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile: (415) 576-9929
4
   Attorney for Plaintiff
5  Ying ZHOU
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ying ZHOU,<br><br>Plaintiff<br><br>*Michael Chertoff*, Secretary of the Department of Homeland Security;<br>*Emilio T. Gonzalez*, Director, U.S. Citizenship and Immigration Services;<br>*David N. Still*, San Francisco District Director, U.S. Citizenship and Immigration Services;<br>*Robert S. Mueller*, Director of Federal Bureau of Investigation | Case No.: C 06-1688 EMC<br><br>STIPULATION OF DISMISSAL;<br>ORDER |

Subject to approval of the Court, the parties hereby stipulates as follows:

1. Pursuant to Fed. R. Civ. P. 41 (a)(1), based on the representation from Defendants that Plaintiff's I-485 has been favorably adjudicated by the USCIS, Plaintiff hereby dismisses this action without prejudice.

2. The parties will bear their own fees and costs.

Dated: May 17, 2006

Respectfully submitted,

_____
Justin X. Wang, Esq.
Attorney for Plaintiff

Dated: May 17, 2006

_____
Ila C. Deiss
Assistant U.S. Attorney
Counsel for Defendants

Case No.: C 06-1688 EMC
PLAINTIFF'S ORIGINAL COMPLAINT                                    F:\NANCY\Mandamus\ZHOU, Ying\Stipulation of Dismissal.wpd

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS SO ORDERED. This case is hereby dismissed without prejudice. The clerk shall close the file.

Dated: May 25, 2006



IT IS SO ORDERED
Judge Edward M. Chen

Case No.: C 06 1688 EMC
PLAINTIFF'S ORIGINAL COMPLAINT

F:\NANCY\Mandamus\ZHOU, Ying\Stipulation of Dismissal.wpd